UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMA'IL UBAID-ALLAH,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 2: 17-cv-1964 GEB KJN P<br><br><br><br>ORDER |

Petitioner is a federal prisoner proceeding without counsel. On September 20, 2017, petitioner filed a pleading titled "Motion and Affidavit Under 18 U.S.C. § 3742(a)(3)." (ECF No. 1.) In this pleading, petitioner challenges his sentence on grounds that a term of supervised release was illegally imposed.

Section 3742(a)(3) permits defendants to appeal if a sentence imposed by the district court

> is greater than the sentence specified in the applicable guideline range to the extent that the sentence includes a greater fine or term of imprisonment, probation, or supervised release than the maximum established in the guideline range, or includes a more limiting condition of probation or supervised release under section 3563(b)(6) or (b)(11) than the maximum established in the guideline range[.]

18 U.S.C. § 3742(a)(3).

On December 14, 2017, the undersigned issued an order finding that petitioner's motion pursuant to 18 U.S.C. § 3742(a)(3) should be filed in petitioner's criminal case. (ECF No. 7.)

1

In the December 14, 2017 order, the undersigned ordered petitioner to file further briefing to assist the court in determining his criminal case number. (Id.) In particular, petitioner was directed to clarify whether he was challenging a sentence imposed in 82-cr-9 in the United States District Court for the Eastern District of California. (Id.) Petitioner was also directed to inform the court whether he had a different name at the time he was convicted. (Id.)

On January 8, 2018, petitioner filed a response to the December 14, 2017 order. (ECF No. 8.) In this briefing, petitioner indicates that he is challenging a sentence issued in case no. 82-9. (Id.) Petitioner also states that at the time of his conviction, he went by the name Donald Calhoun. (Id.)

Court records confirm that Donald Calhoun, aka Isma'il Ubaid-Allah, was convicted in case no. 82-9.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to file petitioner's Motion and Affidavit Under 18 U.S.C. § 3742(a)(3) (ECF No. 1) in case no. 82-cr-9; the Clerk of the Court shall then close the instant action.

Dated: January 11, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ubaid1964.ord